STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

CARMEN GLORIA PEREIRA SANTIAGO         Case No. 11-00661-ESL

                            Chapter 13    Attorney Name: RAMON F LOPEZ*

## I. Appearances

| | | |
|---|---|---|
| Debtor | [✓] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [✓] Present | [ ] Absent |

[ ] Pro-se
[ ] Substitute _____

Date: March 08, 2011
Time: 11:24    Track: K.
[✓] This is debtor(s) 1st Bankruptcy filing.
Liquidation Value: TBD
Creditors
_____none_____

## II. Oath Administered
[✓] Yes    [ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[ ] State Tax Returns_____ [ ] Returned
[ ] Federal Tax Returns_____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting    [ ] Closed    [✓] Not Held    [ ] Continued _____ at _____

## V. Trustee's Report on Confirmation
[ ] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)
_____
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years _____
   [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
   [ ] Missing    [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete    [ ] Missing
   [ ] Fails commitment period    [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing    [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

CARMEN GLORIA PEREIRA SANTIAGO          Case No. 11-00661-ESL

                        Chapter 13        Attorney Name: RAMON F LOPEZ*

## VI. Plan (Cont.)

Date: <u>January, 15, 2011</u>   Base $ <u>9,600.00</u>   [X] Filed    Evidence of Pmt shown: _____

Payments __1__ made out of __1__ due.   [ ] Not Filed

## VII. Confirmation Hearing Date: March, 30, 2011

## VIII. Attorney's fees as per R. 2016(b)

$3,000.00 - $ 376.00 = $ 2,624.00

## IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____         [ ] Amended S.O.F.A. _____
[ ] Insurance estimate                    [ ] Amended plan
                                          [ ] Business Documents
[ ] Assumption/Rejection executory contract    [ ] Monthly reports for the months

[ ] Appraisal _____

[ ] State tax returns years _____    [ ] Public Liability Insurance
[ ] Federal tax returns years _____  [ ] Premises _____
[ ] Correct SS # (Form B21)               [ ] Vehicle(s) _____
   [ ] Debtor  [ ] Joint debtor           [ ] Licenses issued by:
[ ] Other:

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

### COMMENTS

Debtor testified she was legally advised on 2/11/11 by attorney Prin that; only a paralegal was the one who assisted her in the filing process. This means no legal advise prior filing. Counsel accepted the fact and will move the Court to address this issue.

Trustee/Presiding Officer                 Date: March 08, 2011
                                                (Rev.